HELEN A. GARDNER et al., Respondents, v. BOARD OF EDUCATION, CENTRAL SCHOOL DISTRICT NO. 1, OF THE TOWNS OF SAUGERTIES, ULSTER and WOODSTOCK, Appellant.— REYNOLDS, J.

Herlihy, J. P., Reynolds, Aulisi, Staley, Jr., and Gabrielli, JJ., concur in memorandum by Reynolds, J.